UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARMINDA AYALA on Behalf of Herself and on Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 1:22-cv-0059 |
| v. | § § | |
| ASSET PROTECTION & SECURITY SERVICES, L.P., | § § § | JURY TRIAL DEMANDED |
| Defendant. | § § | |

## NOTICE OF FILING CONSENTS TO JOIN WAGE CLAIM

Pursuant to 29 U.S.C. § 216(b), the following individuals hereby submit their written Notice of Consent:

1. Joseph Alaniz
2. Arnold Alvarado
3. Benjamin Alvarado
4. Efrain Alvarado
5. Juan M. Alvarado
6. Roberto Alvarez
7. Eliazar Arguelles
8. Juan C. Ayala
9. Eduardo Badillo
10. Juan Barbosa
11. Julio Blanco
12. Enrique Briones
13. Mary Calvillo
14. Ana Casanova
15. Maria Celedon
16. Anabel Cerda
17. Elvis Chapa, Jr.
18. Rene Chavez
19. Jose Contreras
20. Jaime Correa
21. Kristopher Cortinas
22. Eugenio Delagarza
23. Victor Esparza
24. Reynaldo Figueroa
25. Alejandro Fragoso
26. Cipriano Garcia, Jr.
27. Jose Garcia
28. Michael Garcia
29. Noe Garcia
30. Rafael Garcia
31. Rodrigo Garcia
32. Fernando Garza
33. Juan P. Garza
34. Rafael Gonzales
35. Carolina Gonzalez
36. Brenda Gutierrez
37. Cynthia Guzman
38. Cassie Leal
39. Hector Lerma
40. Jose A. Lopez
41. Joseph L. Losoya
42. Ricardo Lugo
43. Gabriel Maldonado
44. Marco Martinez
45. William Martinez
46. Blanca Moates

1

| | | | | |
|---|---|---|---|---|
| 47. | David Murillo | | 64. | Jesus Rodriguez |
| 48. | Robert Myers | | 65. | Leonel Sauceda, Jr. |
| 49. | Alejandro Narvaez | | 66. | Alejandro Silva |
| 50. | Edgar Negrete | | 67. | Judy Strong |
| 51. | Oscar Nunez | | 68. | Elias Trevino |
| 52. | Jose Olivarez | | 69. | Eduardo Vargas |
| 53. | Alberto Olvera | | 70. | Edmundo Vasquez |
| 54. | Sandra Orozco | | 71. | Jose Vasquez |
| 55. | Ray Ortiz | | 72. | Paul Vela |
| 56. | Manuel Padilla | | 73. | Javier Vidal |
| 57. | Alejandro Pena | | 74. | Sergio Vigil |
| 58. | Amelia Pena | | 75. | Jose Zamarripa |
| 59. | Raul Pena | | 76. | Jose Zapata |
| 60. | Juan Perez | | 77. | Jose Zavala |
| 61. | Alexander Quintanilla | | | |
| 62. | Gerardo Ramirez (1) | | | |
| 63. | Jennifer Rodriguez | | | |

Respectfully submitted,

HODGES & FOTY, L.L.P.

By: /s/ Don J. Foty
Don J. Foty
dfoty@hftrialfirm.com
Fed. ID NO. 711522
Texas Bar No. 24050022
4409 Montrose Blvd., Suite 200
Houston, TX 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116

ATTORNEYS FOR PLAINTIFF AND CLASS MEMBERS

**CERTIFICATE OF SERVICE**

This is to certify that on August 5, 2022 a true and correct copy of the foregoing instrument was served via the Court's electronic filing system.

By: */s/ Don J. Foty*
Don J. Foty