UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ARMINDA AYALA on Behalf of Herself and on Behalf of All Others Similarly Situated, § § § § | |
| Plaintiff, § § | |
| § | CIVIL ACTION NO. 1:22-cv-0059 |
| v. § § | |
| ASSET PROTECTION & SECURITY SERVICES, L.P., § § § § | JURY TRIAL DEMANDED |
| Defendant. § § | |

## NOTICE OF FILING CONSENTS TO JOIN WAGE CLAIM

Pursuant to 29 U.S.C. § 216(b), the following individuals hereby submit their written Notice of Consent:

1. Lilebeth Manrrique-Arellano
2. Denise Martinez
3. Lorena Moran
4. Gerardo Ramirez (2)
5. Daniel Torres
6. Diana Zartuche

Respectfully submitted,

HODGES & FOTY, L.L.P.

By: /s/ Don J. Foty
Don J. Foty
dfoty@hftrialfirm.com
Fed. ID NO. 711522
Texas Bar No. 24050022
4409 Montrose Blvd., Suite 200
Houston, TX 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116

ATTORNEYS FOR PLAINTIFF AND CLASS MEMBERS

## **CERTIFICATE OF SERVICE**

    This is to certify that on August 26, 2022 a true and correct copy of the foregoing instrument was served via the Court's electronic filing system.

By: <i>/s/ Don J. Foty</i><br>Don J. Foty