UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **ARMINDA AYALA on Behalf of Herself and on Behalf of All Others Similarly Situated,** | § § § § | |
| **Plaintiff,** | § § | |
| v. | § § | CIVIL ACTION NO. 1:22-cv-0059 |
| **ASSET PROTECTION & SECURITY SERVICES, L.P.,** | § § § | JURY TRIAL DEMANDED |
| **Defendant.** | § § § | |

## NOTICE OF FILING CONSENT TO JOIN WAGE CLAIM

Pursuant to 29 U.S.C. § 216(b), the following individual hereby submits her written Notice of Consent:

1. Olive Jackson

                Respectfully submitted,

                HODGES & FOTY, L.L.P.

      By:  /s/ Don J. Foty
         Don J. Foty
         dfoty@hftrialfirm.com
         Fed. ID NO. 711522
         Texas Bar No. 24050022
         4409 Montrose Blvd., Suite 200
         Houston, TX 77006
         Telephone: (713) 523-0001
         Facsimile: (713) 523-1116

        ATTORNEYS FOR PLAINTIFF AND CLASS MEMBERS

## **CERTIFICATE OF SERVICE**

This is to certify that on October 19, 2022 a true and correct copy of the foregoing instrument was served via the Court's electronic filing system.

By: */s/ Don J. Foty*
Don J. Foty