## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| **ARMINDA AYALA on Behalf of Herself and on Behalf of All Others Similarly Situated,** § § § § | |
| Plaintiff, § | |
| § | **CIVIL ACTION NO. 1:22-cv-0059** |
| v. § | |
| § | |
| **ASSET PROTECTION & SECURITY SERVICES, L.P.,** § § | **JURY TRIAL DEMANDED** |
| § | |
| Defendant. § | |
| § | |

### NOTICE OF FILING CONSENTS TO JOIN WAGE CLAIM

Pursuant to 29 U.S.C. § 216(b), the following individuals hereby submit their written Notice of Consent:

1. Jeremy Cortez

           Respectfully submitted,

           HODGES & FOTY, L.L.P.

        By:  /s/ Don J. Foty
           Don J. Foty
           dfoty@hftrialfirm.com
           Fed. ID NO. 711522
           Texas Bar No. 24050022
           2 Greenway Plaza, Suite 250
           Houston, TX 77046
           Telephone: (713) 523-0001
           Facsimile: (713) 523-1116

        ATTORNEYS FOR PLAINTIFF AND CLASS MEMBERS

2

## **CERTIFICATE OF SERVICE**

      This is to certify that on May 11, 2023 a true and correct copy of the foregoing instrument was served via the Court's electronic filing system.

By: */s/ Don J. Foty*  
Don J. Foty
