UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **ARMINDA AYALA on Behalf of Herself and on Behalf of All Others Similarly Situated,** § § § § § | |
| **Plaintiff,** § | |
| § | **CIVIL ACTION NO. 1:22-cv-0059** |
| v. § | |
| § | |
| **ASSET PROTECTION & SECURITY SERVICES, L.P.,** § § | **JURY TRIAL DEMANDED** |
| § | |
| **Defendant.** § § | |

## NOTICE OF FILING CONSENT TO JOIN WAGE CLAIM

Pursuant to 29 U.S.C. § 216(b), the following individual hereby submits his written Notice of Consent:

1. Jorge Delgado

Respectfully submitted,

HODGES & FOTY, L.L.P.

By: /s/ Don J. Foty
Don J. Foty
dfoty@hftrialfirm.com
Fed. ID NO. 711522
Texas Bar No. 24050022
2 Greenway Plaza, Suite 250
Houston, TX 77046
Telephone: (713) 523-0001
Facsimile: (713) 523-1116

ATTORNEYS FOR PLAINTIFF AND CLASS MEMBERS

1

## **CERTIFICATE OF SERVICE**

    This is to certify that on August 9, 2023 a true and correct copy of the foregoing instrument was served via the Court's electronic filing system.

By: */s/ Don J. Foty*
Don J. Foty
