UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **ARMINDA AYALA on Behalf of Herself and On Behalf of All Others Similarly Situated,** | § § § § | |
| **Plaintiffs,** | § § | |
| V. | § § | CIVIL ACTION NO. 1:22-cv-0059 |
| **ASSET PROTECTION & SECURITY SERVICES, L.P.,** | § § § § | |
| **Defendant.** | § § § | |

## NOTICE OF FILING CONSENT TO JOIN WAGE CLAIM

Pursuant to 29 U.S.C. § 216(b), the following individuals hereby submit their written notice of consent to join this case:

1. Jessica Aguilera
2. Jorge Alvarado
3. Marco Buenrostro
4. Jose Luis Gonzalez Jr.
5. Michael Moran

Respectfully submitted,

HODGES & FOTY, L.L.P.

By:  /s/ Don J. Foty
    Don J. Foty
    dfoty@hftrialfirm.com
    Texas Bar No. 24050022
    2 Greenway Plaza, Suite 250
    Houston, TX 77046
    Telephone: (713) 523-0001
    Facsimile: (713) 523-1116

ATTORNEY FOR PLAINTIFF AND CLASS MEMBERS

## **CERTIFICATE OF SERVICE**

    This is to certify that on November 1, 2023 a true and correct copy of the foregoing instrument was served via the Court's electronic filing system.

By: <i>/s/ Don J. Foty</i><br>
Don J. Foty