# EXHIBIT "1"

# Settlement Agreement (Submitted Under Seal)