United States District Court
Southern District of Texas
**ENTERED**
January 09, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| ARMINDA AYALA, §<br>On Behalf of Herself and on Behalf §<br>of All Others Similarly Situated, §<br>    "Plaintiffs," §<br>§<br>v. §<br>§<br>ASSET PROTECTION & SECURITY §<br>SERVICES, L.P., §<br>    "Defendant." § | Civil Action No. 1:22-cv-00059 |

## ORDER

Before the Court is the Plaintiff's "Unopposed Motion for Approval of Fair Labor Standards Act Settlement" ("Motion") (Dkt. No. 47) and the "Settlement Agreement" (Dkt. No. 48). Pursuant to 29 U.S.C. § 216(b), it is hereby **ORDERED** that the Settlement Agreement (Dkt. No. 48) is **APPROVED** and the Plaintiff's Motion (Dkt. No. 47) is **GRANTED**.

The Court finds that the settlement terms negotiated by the Parties and described in their Settlement Agreement are a fair and reasonable resolution of a bona fide dispute between Plaintiffs and Defendant. The Court further finds that the Attorney's Fees and Costs Payment and Service Award Payment requested in the Motion and reflected in the Settlement Agreement are reasonable.

The Parties shall administer the settlement of the claims of Plaintiffs under the Settlement Agreement. Plaintiff's claims against Defendant are **DISMISSED with prejudice**. The parties will bear their own attorney's fees, expenses, and costs of the Court, except as stated in the Settlement Agreement (Dkt. No. 48). The Clerk of the Court is **ORDERED** to close this case.
 Signed on January 9, 2025.

_____
Rolando Olvera
United States District Judge